KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

PATRICK L. MEEHAN
United States Attorney
MARGARET L. HUTCHINSON
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street  Suite 1250
Philadelphia, PA 19106

MICHAEL J. McNULTY
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-1210
michael.mcnulty@usdoj.gov

Attorneys for Plaintiff United States

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
|     and ) | |
| ) | |
| STATE OF PENNSYLVANIA ) | |
| CITY OF PHILADELPHIA ) | CIVIL ACTION NO. |
| STATE OF OKLAHOMA ) | |
| STATE OF OHIO ) | |
|     Plaintiff/Intervenors, ) | NOTICE OF LODGING |
| ) | OF CONSENT DECREE |
| ) | |
|     v. ) | |
| ) | |
| SUNOCO, INC. ) | |
|     Defendant, ) | |

Pursuant to 28 C.F.R. § 50.7, the United States is lodging a Consent Decree with this Court that has been agreed to and signed by the parties to this action. The Consent Decree is being lodged simultaneously with the filing of the Complaint in this action, and the Consent Decree settles all of the claims alleged in the Complaint.

Under the terms of the proposed Consent Decree, Sunoco has agreed to install add-on control technologies and implement enhanced flaring, benzene, and leak detection and repair programs that will reduce emissions of nitrogen oxides, sulfur dioxide, and particulate matter from refinery process units (principally the fluidized catalytic cracking units and process heaters and boilers) consistent with best available control technology ("BACT") standards and new source performance standards ("NSPS") emissions limits. In addition, under the proposed Consent Decree, Sunoco will: adopt and implement other comprehensive, facility-wide programs for monitoring and controlling emissions of benzene and other volatile organic compounds. Sunoco will also install a redundant sulfur recovery plant with tail gas unit at its Toledo refinery.

For the resolution of the CAA claims, Sunoco will pay a civil penalty of $3 million. The United States will collect $1.5 million of that penalty; Pennsylvania, $900,000; AMS, $500,000, Oklahoma and Ohio will receive $50,000 each. Sunoco also will perform Supplemental/Beneficial Environmental Projects in an amount of no less than $3.9 million.

Notice of lodging of the Consent Decree will be published in the Federal Register. During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7 For the Consent Decree itself, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the

1

Court will be advised whether the Consent Decree may be entered or whether further action may be required.

                                              Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES OF AMERICA:

Date: June 15, 2005                <u>KELLY A. JOHNSON</u>
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

<u>//S// Michael J. McNulty</u>
Date: June 15, 2005                MICHAEL J. McNULTY
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing **UNITED STATES' NOTICE OF LODGING [of] CONSENT DECREE and the CONSENT DECREE** for **UNITED STATES OF AMERICA, et al. v. SUNOCO, INC.** to be served to the parties and their counsel identified on the list below, via Federal Express Priority Delivery..

| | |
|---|---|
| June 15, 2005 | //S// Michael J. McNulty<br>MICHAEL J. McNULTY<br>Trial Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-1210<br>michael.mcnulty@usdoj.gov |

# SERVICE LIST

## PLAINTIFF INTERVENORS

### THE COMMONWEALTH OF PENNSYLVANIA

JOSEPH A. FEOLA
REGIONAL DIRECTOR
SOUTHEAST REGIONAL OFFICE
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
2 EAST MAIN STREET
NORRISTOWN, PA 19401-4915
T: 484.250.5816
F: 484.250.5943

DOUGLAS G. WHITE
ASSISTANT COUNSEL
SOUTHEAST REGIONAL OFFICE
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
2 EAST MAIN STREET
NORRISTOWN, PA 19401
T: 484.250.5816
F: 484.250.5943
*douwhite@state.pa.us*

### CITY OF PHILADELPHIA

PATRICK K. O'NEILL
DIVISIONAL DEPUTY CITY SOLICITOR, ENVIRONMENTAL LAW
CITY OF PHILADELPHIA LAW DEPT.
ONE PARKWAY BLDG. 16TH FLOOR
1515 ARCH STREET
PHILADELPHIA, PA 19102
T: 215.683.5172
*patrick.o'neill@phila.gov*

MORRIS FINE
DIRECTOR
PHILADELPHIA AIR MANAGEMENT SERVICES
321 UNIVERSITY AVENUE, SECOND FLOOR
PHILADELPHIA, PA 19104
T: 215.685.7585

### THE STATE OF OKLAHOMA

STEVEN A. THOMPSON
EXECUTIVE DIRECTOR
OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY
707 NORTH ROBINSON
P.O. BOX 1677
OKLAHOMA CITY, OKLAHOMA 73101-1677
T: 405-702-1000
F: 405-702-1001

### THE STATE OF OHIO

JOHN K. MCMANUS
ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 EAST BROAD STREET, 25TH FLOOR
COLUMBUS, OHIO 43215-3400
T: 614.466.3840
F: 614.752.5083
*jkmcmanus@ag.state.oh.us*

## DEFENDANT

### SUNOCO, INC.

JOEL H. MANESS
SENIOR VICE-PRESIDENT
SUNOCO, INC.
1801 MARKET STREET
PHILADELPHIA, PA 19103
T: 215.567.0249

THOMAS S. STAMMEL
SENIOR COUNSEL
SUNOCO INC. (R&M)
100 GREEN STREET
P.O. BOX 26
MARCUS HOOK, PA 19103
T: 610.859.6363

# COURTESY COPIES

PATRICK L. MEEHAN
UNITED STATES ATTORNEY
EASTERN DISTRICT OF PENNSYLVANIA
615 CHESTNUT STREET  SUITE 1250
PHILADELPHIA, PA 19106
T:  215. 861.8200

MARGARET L. HUTCHINSON
ASSISTANT UNITED STATES ATTORNEY
EASTERN DISTRICT OF PENNSYLVANIA
615 CHESTNUT STREET  SUITE 1250
PHILADELPHIA, PA 19106
T:  215. 861.8200

BRUCE FERGUSSON
2248A
USEPA HEADQUARTERS
ARIEL RIOS BUILDING
1200 PENNSYLVANIA AVENUE, N. W.
WASHINGTON, DC 20460
202-564-1261
*fergusson.bruce@epa.gov*

RHONDA JEFFRIES
ADMINISTRATIVE PROGRAMS DIRECTOR
OKLAHOMA DEPARTMENT OF
ENVIRONMENTAL QUALITY
3105  EAST SKELLEY DRIVE
SUITE 200
TULSA, OK 74105
T:  918.293.1626
F:  918.293.1631
*rhonda.jeffries@deq.state.ok.us*

BERNIE TURLINSKI
OFFICE OF AIR PROTECTION
EPA REGION III
1650 ARCH STREET
MAIL CODE 3AF10
PHILADELPHIA, PA  19103
T:   215.814.2052

WILLIAM WAGNER
ASSOCIATE REGIONAL COUNSEL
EPA REGION 5
77 WEST JACKSON BLVD.
MAIL DROP C14J
CHICAGO, IL 60604=3590
T:  312.886.4684
*wagner.william@epa.gov*

RUSTY HERBERT
6RC-EA
USEPA REGION 6
1445 ROSS AVENUE
SUITE 1200
DALLAS, TX 75202-2733
214-665-3197
*herbert.rusty@epa.gov*

ROBERT BRAGER, ESQ.
BEVERIDGE & DIAMOND, P.C.
201 NORTH CHARLES STREET
SUITE 2210
BALTIMORE, MD  21201-4150
T: 410.230.3855
F: 410.230.3868
*rdrager@bdlaw.com*

AMY LINCOLN, ESQ.
BEVERIDGE & DIAMOND, P.C.
1350 I STREET N.W.
WASHINGTON, D.C. 20005-3111
T: 202.789.6000F
F: 202.789.6190

MARCIA JOHNSON
CIVIL CHIEF
OFFICE OF US ATTORNEY
NORTHERN DISTRICT OF OHIO
801 WEST SUPERIOR AVENUE
SUITE 400
CLEVELAND, OH  44113-1852
T: 216.622.3670

KEVIN G. LEITCH
CIVIL CHIEF
OFFICE OF US ATTORNEY
NORTHERN DISTRICT OF OKLAHOMA
110 W. SEVENTH ST.
SUITE 300
TULSA, OK 74119
T: 918.382.2710